OPINION — AG — ** RECOUNT — ELECTION ** NEED VIEWS ON WHETHER OR NOT THE LAWS OF THIS STATE AUTHORIZE A RECOUNT IN A TOWN GENERAL ELECTION WHERE THE VOTE IS A TIE (TIE VOTE), ATTENTION IF CALLED TO THE FACT THAT PRIOR TO THE PASSAGE OF 11 O.S. 38 [11-38], THERE WAS NO LAW IN WHICH A TIE VOTE IN A CITY OR TOWN ELECTION COULD BE BROKEN. (MUNICIPALITY, ELECTION, RECOUNT) CITE: 11 O.S. 38 [11-38], 26 O.S. 391 [26-391], 26 O.S. 392 [26-392] (FRED HANSEN)